**DOCUMENT FOR PUBLIC RELEASE.**
**The decision issued on the date below is subject to an ASBCA Protective Order.**
**This version has been approved for public release.**

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Sauer Incorporated | ) | ASBCA No. 62109 |
| | ) | |
| Under Contract No. N69450-11-C-1266 | ) | |

APPEARANCES FOR THE APPELLANT:

    Lawrence M. Prosen, Esq.
    Benjamin L. Williams, Esq.
    Brian E. Doll, Esq.
    Wendy K. Keane, Esq.
    Michael Filbin, Esq.
    Doug Mackin, Esq.
      Cozen O'Connor
      Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:

    Craig D. Jensen, Esq.
      Navy Chief Trial Attorney
    David M. Ruddy, Esq.
    Nicole R. Best, Esq.
      Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant as to ASBCA No. 62109.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,075,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid

Dated: October 2, 2023

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

**DOCUMENT FOR PUBLIC RELEASE.**
**The decision issued on the date below is subject to an ASBCA Protective Order.**
**This version has been approved for public release.**

I concur                                         I concur

RICHARD SHACKLEFORD                    OWEN C. WILSON
Administrative Judge                          Administrative Judge
Acting Chairman                                Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                            of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62109, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:  October 3, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals